PELZER MANUFACTURING COMPANY, INC., Respondent, v. JAMES A. HEARN & SON, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Petition of the NEW YORK CENTRAL RAILROAD COMPANY, for an Order of the TRANSIT COMMISSION Determining the Elimination of Certain Street Crossings by Its Railroad at Grade on the West Side of Manhattan Island, from the Southerly Terminus of Said Railroad at St. John's Park to the Harlem Ship Canal, Formerly Spuyten Duyvil Creek. THE CITY OF NEW YORK, Appellant; THE TRANSIT COMMISSION OF THE STATE OF NEW YORK, Respondent.*— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WALMOR, INC., Appellant, v. ISIDOR SHAPIRO, as President, and MAURICE H. COHEN, as Treasurer, of Joint Board Furriers Union, an Unincorporated Association of More Than Seven Members, and Others, Defendants, Impleaded with EUGENE SCHOEN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WALMOR, INC., Appellant, v. ISIDOR SHAPIRO, as President, and MAURICE H. COHEN, as Treasurer, of Joint Board Furriers Union, an Unincorporated Association of More Than Seven Members, and Others, Defendants, Impleaded with ROBERT L. LESLIE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WALMOR, INC., Appellant, v. ISIDOR SHAPIRO, as President, etc., and Others, Defendants, Impleaded with REX STOUT, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WALMOR, INC., Appellant, v. ISIDOR SHAPIRO, as President, etc., and Others, Defendants, Impleaded with CLARINA H. MICHELSON, Respondent.—Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THEODORE TEITELBAUM, Respondent, v. STANLEY J. HALLE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WALTER LAGEMANN and ERIC LAGEMANN, as Surviving Trustees for DEREK LAGEMANN and Others, Appellants, v. UPLANDS CORPORATION and CITY BANK FARMERS TRUST COMPANY, as Executor, etc., of CHARLES LAGEMANN, Deceased, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SARAH KOWALSKY, as Administratrix, etc., of MEYER KOWALSKY, Deceased, Respondent, v. THE CONRECO COMPANY, INC., Appellant, Impleaded with Others.† — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes for reversal and dismissal of the complaint as to the defendant, appellant.